of certiorari to the Court of Appeals of New York in each case denied on the ground that it does not appear from the record that the federal question presented by the petition was properly presented to or expressly passed on by the New York Court of Appeals. *Mr. Louis B. Boudin* for petitioners. *Mr. Abraham Michael Katz* for respondents. See *post*, p. 778.

No. 929. Di Marzo *v.* United States. May 17, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Morris Lavine* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 924. Wabash Valley Coach Co. *v.* Sale et al.; and

No. 925. Turner *v.* Wabash Valley Coach Co. et al. May 17, 1943. The petition for writ of certiorari to the Supreme Court of Indiana in each case is denied. *Mr. Thomas F. O'Mara* for petitioner in No. 924. *Mr. Royal T. McKenna* for petitioner in No. 925.

No. 980. Cress *v.* State of Washington.

No. 982. Cole et al. *v.* Mayo, Custodian of the Florida State Prison. May 17, 1943. The petitions for writs of certiorari are denied. *Joseph W. Cress, Walter F. Cole,* and *Fann Cole, pro se.*